# EXHIBIT D

# Jenin Younes

| | |
|---|---|
| **From:** | Jenin Younes |
| **Sent:** | Monday, March 14, 2022 8:53 PM |
| **To:** | COVIDMisinfoRFI@hhs.gov |
| **Subject:** | Request for Information |

Dear Mr. Lesko:

I am an attorney with the New Civil Liberties Alliance, and I am wondering upon what basis the Surgeon General claims authority to launch his campaign to fight "misinformation." I have read 42 U.S.C. § 264 several times, which pertains to the quarantining of individuals reasonably suspected to be infected with communicable diseases. Are there other statutes relied upon for this action of which we are unaware?

Sincerely,

Jenin Younes

1