UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARK CHANGIZI,** *et al.*,

      **Plaintiffs,**

  v.

**DEPARTMENT OF HEALTH
AND HUMAN SERVICES,** *et al.*

      **Defendants.**

Case No. 2:22-cv-1776
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

On April 22, 2022, the parties appeared before the Court for a status conference related to their forthcoming preliminary injunction hearing, which is currently scheduled for Tuesday, April 26, 2022 (the "Preliminary Injunction Hearing"). Pursuant to the discussions therein, the Court **VACATES** the Preliminary Injunction Hearing. Pending the stipulations discussed, a new, in-person hearing shall be set for Thursday, April 28, 2022, at 9:00 A.M.

    IT IS SO ORDERED.

**4/26/2022**
**DATE**

              **s/Edmund A. Sargus, Jr.**
              **EDMUND A. SARGUS, JR.**
              **UNITED STATES DISTRICT JUDGE**