AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| MARK CHANGIZI, et al., *Plaintiff* <br> v. <br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., *Defendant* | ) ) ) ) ) ) Civil Action No. 2:22-cv-1776 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ **other:** Pursuant to the Opinion and Order filed 5/5/2022, the Court grants ECF No. 30 HHS' Motion to Dismiss This case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date:  05/05/2022

CLERK OF COURT

*Christi M. Werr*
Signature of Clerk or Deputy Clerk