# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 05, 2022

Mr. Daniel Winik
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Room 7245
Washington, DC 20530

Ms. Jenin Younes
New Civil Liberties Alliance
1225 19th Street, N.W.
Suite 450
Washington, DC 20036

Re:  Case No. 22-3573, *Mark Changizi, et al v. HHS, et al*
Originating Case No.: 2:22-cv-01776

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely,

s/Antoinette Macon on behalf of
Robin L. Baker, Case Manager
Direct Dial No. 513-564-7014

cc:  Mr. Richard W. Nagel

Enclosure

Case No. 22-3573

## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

### ORDER

MARK CHANGIZI; MICHAEL P. SENGER; DANIEL KOTZIN

        Plaintiffs - Appellants

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES; SURGEON GENERAL VIVEK
MURTHY; SECRETARY XAVIER BECERRA

        Defendants - Appellees


    This case was inadvertently docketed under Fed. R. App. P. 4(a)(4), the case is resumed and

returned to the active docket.


                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued:  July 05, 2022